# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CHARLES EDWIN JORDAN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00154-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| BUNCOMBE COUNTY JAIL; | ) | |
| FNU CZARNECKI, Officer/Jailer | ) | |
| at Buncombe County Jail; | ) | |
| MEDICAL STAFF (B.C.D.F), | ) | |
| Nurse at Buncombe County Det. | ) | |
| Facility, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2016 Order.

December 28, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court